RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Oscar Antonio Rivera

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00028-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (First Request) |
| OSCAR ANTONIO RIVERA, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Sykler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J .Nemec, Assistant Federal Public Defender, counsel for Oscar Antonio Rivera, that the Status Conference currently scheduled on October 31, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

    This Stipulation is entered into for the following reasons:

    1.    Mr. Rivera has completed all his requirements.  However, in order to not miss work, Mr. Rivera requests the hearing be continued to the next petty rotation.

    2.    The defendant is not in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

1       This is the first request for a continuance of the status conference.

2       DATED this 31st day of October, 2024.

3

4   RENE L. VALLADARES                    JASON M. FRIERSON
    Federal Public Defender                United States Attorney
5

6
    By /s/ Benjamin F. J. Nemec           By /s/ Skyler Pearson
7   BENJAMIN F. J. NEMEC                  SKYLER PEARSON
    Assistant Federal Public Defender     Assistant United States Attorney
8

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00028-NJK-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| OSCAR ANTONIO RIVERA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for Thursday, October 31, 2024 at 1:30 p.m., be vacated and continued to December 5, 2024, at 1:30 p.m.

DATED: October 31, 2024.

_____
UNITED STATES MAGISTRATE JUDGE